## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

LANA BAKER,

      Plaintiff,

  v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA, a Foreign
Corporation,

      Defendant.

Case No: 8:20-cv-01286

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff and Defendant, by and through their respective attorneys, hereby stipulate that all claims alleged in the above entitled action are dismissed with prejudice, without an award of attorney's fees and/or costs to either party.

**DATED: September 25, 2020:**

| /s/ *William S. Coffman, Jr.* | /s/ *Brooke Chastain Juan* |
|---|---|
| William S. Coffman, Jr. | Brooke Chastain Juan, Esq. |
| COFFMAN LAW | Quintairos, Prieto, Wood & Boyer, P.A. |
| 15436 N. Florida Avenue, Suite 103 | 1410 N. Westshore Boulevard, Suite 200 |
| Tampa, Florida 33613 | Tampa, Florida 33607 |
| Telephone: (813) 935-7030 | Telephone: (813) 286-8818 |
| Facsimile: (813) 935-7277 | Facsimile: (813) 286-9998 |
| erisa@benefitsdenied.com | bjuan@qpwblaw.com |
| | |
| Attorney for Plaintiff | Attorney for Defendant |

65709917v.1

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2020, I caused a true and correct copy of the foregoing Joint Stipulation of Dismissal to be electronically filed with the Clerk of the Court via the Court's CM/ECF system, which sent notification of such filing to the following counsel of record:

> William S. Coffman, Jr., Esq.
> COFFMAN LAW
> 15436 N. Florida Avenue, Suite 103
> Tampa, Florida  33613
> Telephone:  (813) 935-7030
> Facsimile:  (813) 935-7277
> erisa@benefitsdenied.com

*/s/ Brooke Chastain Juan*